United States District Court
Southern District of Texas
**ENTERED**
March 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PABLO PAUL GUTIERREZ, § | |
| and MARIA LOURDES GUTIERREZ, § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. H-15-0778 |
| V. § | |
| § | |
| TRACTOR SUPPLY COMPANY and § | |
| TRICAM INDUSTRIES, INC., § | |
| § | |
| Defendants. § | |

## ORDER

The parties have agreed to a continuance of the deadlines in the scheduling order entered in April 2015. The additional time is to allow the plaintiffs to effect service under The Hague Convention on Jiaonan Dafeng Metal Products Co., a Chinese company located in China. Jiaonan Dafeng is identified as the likely manufacturer of the allegedly defective tire and rim assembly that is the basis of this product liability suit.

The court grants the motion for a continuance. The scheduling order previously entered, Docket Entry No. 8, is vacated. This case is stayed and administratively closed pending the plaintiffs' efforts to effect service. This case may be reinstated to the active docket on motion filed by any party within 14 days after service is effected. If the plaintiffs conclude that service cannot be effected, or that there is another basis for reinstating the case to the active docket, the parties must do so promptly and in any event no later than January 6, 2017.

The plaintiffs must also file a joint written status report with the court every 60 days, beginning on March 31, 2016, describing their efforts to effect service and any other relevant information.

SIGNED on March 3, 2016, at Houston, Texas.

                                                      Lee H. Rosenthal
                                          United States District Judge